This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Gayl Flynn, Individually and as Special Rep v. Consolidated City of Indianapolis and Marion County, Daniel Butler, Omari Stringeret al

| Case Number | 49D06-2107-CT-024397 |
|---|---|
| Court | Marion Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 07/20/2021 |
| Status | 07/20/2021 , Pending  (active) |

## Parties to the Case

**Defendant**   Consolidated City of Indianapolis and Marion County

Address
2501 E Washington St, Suite 2501
Indianapolis, IN 46204

Attorney
Tara Lynn Gerber
*#3171749, Lead, Retained*

200 EAST WASHINGTON STREET
SUITE 1601
INDIANAPOLIS, IN 46204
317-327-4055(W)

Attorney
Andrew Jonathan Upchurch
*#3017449, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

**Defendant**   Butler, Daniel

Address
50 N Alabama St
Indianapolis, IN 46204

Attorney
Tara Lynn Gerber
*#3171749, Lead, Retained*

200 EAST WASHINGTON STREET
SUITE 1601
INDIANAPOLIS, IN 46204
317-327-4055(W)

Attorney
Andrew Jonathan Upchurch
*#3017449, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   Stringer, Omari

Address
50 N Alabama St
Indianapolis, IN 46204

Attorney
Tara Lynn Gerber
*#3171749, Lead, Retained*

200 EAST WASHINGTON STREET
SUITE 1601
INDIANAPOLIS, IN 46204
317-327-4055(W)

Attorney
Andrew Jonathan Upchurch
*#3017449, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   Pervine, Dustin

<u>Address</u>
50 N Alabama St
Indianapolis, IN 46204

<u>Attorney</u>
Tara Lynn Gerber
*#3171749, Lead, Retained*

200 EAST WASHINGTON STREET
SUITE 1601
INDIANAPOLIS, IN 46204
317-327-4055(W)

<u>Attorney</u>
Andrew Jonathan Upchurch
*#3017449, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant    St. John, Cody

<u>Address</u>
50 N Alabama St
Indianapolis, IN 46204

<u>Attorney</u>
Tara Lynn Gerber
*#3171749, Lead, Retained*

200 EAST WASHINGTON STREET
SUITE 1601
INDIANAPOLIS, IN 46204
317-327-4055(W)

<u>Attorney</u>
Andrew Jonathan Upchurch
*#3017449, Retained*

200 E Washington ST
STE 1601
Indianapolis, IN 46204
317-327-4055(W)

Plaintiff    Flynn, Individually and as Special Rep, Gayl

<u>Attorney</u>
Brandon Eric Tate
*#3153149, Retained*

156 E Market ST
FL 5
Indianapolis, IN 46204
317-296-5294(W)

# Chronological Case Summary

07/20/2021    **Case Opened as a New Filing**

| 07/21/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages and Jury Demand |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Appearance Filed** |
|---|---|
| | Appearance - BET |
| | For Party:        Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - City |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Butler |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Stringer |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Pervine |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - St. John |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/20/2021 |

| 07/21/2021 | **Certificate of Issuance of Summons** |
|---|---|
| | Certificate of Issuance of Summons |
| | Filed By:           Flynn, Individually and as Special Rep, Gayl |
| | File Stamp:     07/21/2021 |

| 07/28/2021 | **Certified Mail Returned** |
|---|---|
| | GREEN CARD SIGNED |
| | Party Served:     St. John, Cody |

| 07/28/2021 | **Certified Mail Returned** |
|---|---|
| | GREEN CARD SIGNED |
| | Party Served:     Butler, Daniel |

| 07/28/2021 | **Certified Mail Returned** |
|---|---|
| | GREEN CARD SIGNED |
| | Party Served:     Pervine, Dustin |

| 07/28/2021 | **Certified Mail Returned** | |
| | GREEN CARD SIGNED | |
| | Party Served: | Consolidated City of Indianapolis and Marion County |

| 07/28/2021 | **Certified Mail Returned** | |
| | GREEN CARD SIGNED | |
| | Party Served: | Stringer, Omari |

| 08/05/2021 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Consolidated City of Indianapolis and Marion County |
| | For Party: | Butler, Daniel |
| | For Party: | Stringer, Omari |
| | For Party: | Pervine, Dustin |
| | For Party: | St. John, Cody |
| | File Stamp: | 08/05/2021 |

| 08/05/2021 | **Notice Filed** | |
| | Notice of Automatic Extension of Time | |
| | Filed By: | Consolidated City of Indianapolis and Marion County |
| | Filed By: | Butler, Daniel |
| | Filed By: | Stringer, Omari |
| | Filed By: | Pervine, Dustin |
| | Filed By: | St. John, Cody |
| | File Stamp: | 08/05/2021 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Flynn, Individually and as Special Rep, Gayl**
Plaintiff

**Balance Due** (as of 08/19/2021)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/21/2021 | Transaction Assessment | 157.00 |
| 07/21/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| STATE OF INDIANA | | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | SS: | |
| COUNTY OF MARION | | CAUSE NO. |

**Gayl Ann Flynn,** *individually and as*
*Special Representative of the Estate of*
**Edward Louis Flynn,**

       Plaintiffs,

   v.

**Consolidated City of Indianapolis**
**and Marion County, Daniel Butler,**
**Omari Stringer, Dustin Pervine,**
and **Cody St. John,**

      Defendants.

**Plaintiffs' Complaint for**
**Damages and Jury Trial**
**Demand**

**Comes now** Plaintiff, Gayl Ann Flynn, individually and as Special Representative of the Estate of Edward Louis Flynn, and for her Complaint for Damages against the Consolidated City of Indianapolis and Marion County ("City"), Daniel Butler ("Ofc. Butler"), Omari Stringer ("Ofc. Stringer"), Dustin Pervine ("Ofc. Pervine"), and Cody St. John ("Ofc. St. John") (collectively "Defendants") states as follows:

## Introduction

1.    On December 15, 2020, Edward Louis Flynn tragically lost his life after his vehicle was struck by a vehicle being pursued by officers of the Indianapolis Metropolitan Police Department in a high-speed chase while he was stopped at an intersection in Indianapolis, Indiana just waiting to proceed through the intersection.

2.    This is an action for violation and deprivation of civil rights brought by Plaintiff Gayl Ann Flynn, individually and as Special Representative of the Estate of

Edward Louis Flynn ("Gayl"), against the City, Ofc. Butler, Ofc. Stringer, Ofc. Pervine, and Ofc. St. John, under 42 U.S.C. § 1983 seeking all damages recoverable, and for claims under the laws of the State of Indiana seeking all damages recoverable.

## Parties

### A. Gayl Ann Flynn Individually and as Special Representative of the Estate of Edward Louis Flynn

3.      Gayl is the Special Administrator of the Estate of Edward Louis Flynn, Deceased, having been appointed as such by the Marion County, Indiana Superior Court, Probate Division.

4.      Gayl was the wife of Edward Louis Flynn ("Edward").

5.      Gayl is a resident of Indianapolis, Marion County, Indiana.

6.      At the time of his death, Edward Louis Flynn was a resident of Indianapolis, Marion County, Indiana.

### B. Defendants City, Ofc. Butler, Ofc. Stringer, Ofc. Pervine, and Ofc. St. John.

7.      The City is a city incorporated under Indiana law and is located in Marion County, Indiana.

8.      The City operates and controls the Indianapolis Metropolitan Police Department ("IMPD") for the purpose of providing public safety and protection to the citizens of Indianapolis and the Indianapolis Metropolitan Police Department.

9.      Ofc. Butler was at all times relevant hereto a law enforcement officer, as that term is defined in Ind. Code § 35-41-1-17, and an employee of the IMPD and City who was performing his duties for an acting as an officer of the IMPD, and was acting under color of state law.

10.     Ofc. Stringer was at all times relevant hereto a law enforcement officer, as that term is defined in Ind. Code § 35-41-1-17, and an employee of the IMPD and City who was performing his duties for an acting as an officer of the IMPD, and was acting under color of state law.

11.     Ofc. Pervine was at all times relevant hereto a law enforcement officer, as that term is defined in Ind. Code § 35-41-1-17, and an employee of the IMPD and City who was performing his duties for an acting as an officer of the IMPD, and was acting under color of state law.

12.     Ofc. St. John was at all times relevant hereto a law enforcement officer, as that term is defined in Ind. Code § 35-41-1-17, and an employee of the IMPD and City who was performing his duties for an acting as an officer of the IMPD, and was acting under color of state law.

13.     The acts and omissions giving rise to this action occurred in Indianapolis, Marion County, Indiana.

## Factual Allegations Relevant to All Counts

### A. Edward Louis Flynn.

14.     On December 15, 2020, Edward was the age of sixty-six (66).

15.     Edward was born in Indianapolis on January 6, 1954.

16.     Edward was a dedicated and beloved employee of the Indianapolis Star News, and would have celebrated his fifty (50) year anniversary at the Indianapolis Star News in September of 2021.

17.     Edward was survived by his wife, Gayl, and his adult sons Christopher and Dale.

**B. The Death of Edward Louis Flynn.**

18.     On December 15, 2020, Ofc. Butler and Ofc. Stringer were dispatched to the AutoZone store located at 5050 W Washington St, Indianapolis, Indiana 46241 to investigate a report of the presence of an alleged stolen vehicle, a Ford F-150, in its parking lot, arriving at approximately 5:48 p.m.

19.     Upon arrival, Ofc. Butler and Ofc. Stringer exited their vehicles with weapons drawn and attempted to contact the individual in the vehicle.

20.     After Ofc. Butler and Ofc. Stringer briefly approached the vehicle and knocked on the windows of the unknown vehicle asking the driver to open the door when the Ford F-150 reversed and drove away from the AutoZone.

21.     The vehicle was occupied by and being operated by James Shirley, the identity of whom was unknown by Defendants until after the collision.

22.     Ofc. Stringer then initiated a high-speed chase with Ofc. Butler following behind him also initiating a high-speed chase.

23.     The chase began by leading east on Washington Street, then south on Westbrook Avenue, east on Morris Street, and then south on Lynhurst Drive.

24.     At that time, Ofc. Pervine joined, initiated, and continued in the high-speed chase.

25.     Ofc. St. John then joined, initiated, and continued the chase attempting to deploy stop sticks at the intersection of Raymond Street and Lynhurst Drive then pursuing the vehicles thereafter.

26.     The chase then led west on Bradbury Avenue, west on Sam Jones Expressway, north on I-465, east on Washington St. from I-465, and finally east on Morris St. when the Ford F-150 struck the vehicle being driven by Edward, that was simply sitting at the intersection of Lynhurst Dr. and Morris St, causing Edward's vehicle to strike a pole and roll several times.

27.     In total, the high-speed chase lasted more than five (5) minutes.

28.     Edward was transported to Methodist Hospital by Way Township Medics from the scene of the collision but was declared deceased at Methodist Hospital due to injuries suffered from the collision.

29.     The high-speed chase occurred on local roads well in excess of the speed limits.

30.     Upon initiating the high-speed chase, the Defendants had not confirmed the vehicle was in fact a stolen vehicle and had not identified anything about the driver.

31.     The Defendants acted without due regard of the safety of other drivers and pedestrians in the vicinity of the high-speed chase and in a high traffic area.

32.     Ofc. Butler and Ofc. Stringer ignored steps that could have prevented the high-speed chase, such as positioning their vehicles differently upon arrival at the scene and calling for backup.

33.     The Defendants continued the dangerous high-speed chase after initiation and did not call it off even though it threatened the lives of innocent bystanders.

34. The high speeds posed an inherent risk to the public.

35. The collision and chase occurred in the evening with lower visibility due lighting with it being nighttime.

36. There were heavy traffic conditions at the time of the chase and collision.

37. The only act witnessed by the Defendants was the act of fleeing alone.

## C. General

38. The policies, procedures, and customs of the City led to, permitted, and countenanced the chase, collision, and violations of Edward's constitutional rights.

39. Additionally, the actions of the Defendants constitute deliberate indifference and shock the conscious.

40. The failure of the City to follow and enforce some of its own internal policies and procedures led to and caused the deadly high-speed chase, deprived Edward of his constitutional and federal rights under 42 U.S.C. § 1983 and caused Edward's death.

41. The City's General Order 4.12 and its authorized and maintained policies, practices, and/or customs caused, allowed, and/or approved the constitutional violations of the other Defendants.

42. The City has failed to institute, maintain and enforce proper procedures for training and re-training its officers relative to high-speed chases; monitoring and supervising its officers relative to high-speed chases; and disciplining its officers relative to high-speed chases, all of which constitute a willful and deliberate indifference to and a willful and deliberate disregard of the serious risk of significant

harm to members of the public, shock the conscious, and demonstrate a reckless and callous indifference to the Constitutional rights of members of the public, which led to and caused the death of Edward.

43.   The failure of the City to properly and adequately review, revise, implement and enforce its policies, procedures and customs relative to investigating and handling high-speed chases in which its officers are involved shock the conscious, constitutes a willful and deliberate indifference to and a willful and deliberate disregard of the serious risk of significant harm to members of the public, and led directly to the continued dangerous high-speed chases and led to and caused the death of Edward.

44.   The failure of the City to properly and adequately review and revise its policies, procedures and customs relative to investigating and otherwise handling high-speed chases shock the conscious and constituted a willful and deliberate indifference to and a willful and deliberate disregard of the serious risk of significant harm to members of the public and demonstrate a reckless and callous indifference to the Constitutional rights of members of the public, and led directly to the unreasonable, unnecessary and deadly high-speed chase led to and caused the death of Edward.

45.   Defendants' actions leading to and causing the collision shock the conscience.

46.     Defendants intended to cause harm by among other things intentionally engaging in a high-speed chase while also refusing to disengage the high-speed chase prior to the collision.

47.     Defendants violated Edward's Fourteenth Amendment due process rights.

48.     Defendants had a duty to drive with due regard for the safety of all persons, which Defendants did not.

49.     Defendants failed to exercise reasonable care.

50.     The City has a custom and practice of engaging in a significantly higher number of pursuits than similarly sized departments from around the country.

51.     By virtue of Indiana's statutory caps and the post-deprivation procedures in Indiana, Plaintiff has effectively been denied due process of law for an adequate opportunity to seek compensation for the state-occasioned deprivation of Edward's life.

52.     The Defendants knew and/or should have known that a collision was imminent, but consciously and culpably refused to prevent it.

53.     Defendants had over five minutes to weigh the risks of pursuing the fleeing vehicle.

54.     Defendants initiated and continued this high-speed chase through residential and retail business areas within the city limits of Indianapolis during time periods when there were high volumes of vehicular traffic throughout the chase route. Defendants and each of them were at all times fully aware that initiating and

continuing a high-speed chase in the aforesaid areas at approximately 5:50 p.m. on a weekday exposed innocent and unknowing drivers in these areas to an unreasonable risk of harm.

55.    Edward had absolutely no warning or notice that Defendants were conducting a high-speed chase in the same area at the same time he was waiting at an intersection, nor did Defendants attempt to provide warning or notice of same.

56.    Defendants initiated and continued their high-speed pursuit of James Shirley as James Shirley's vehicle drove through a red light and struck and killed Edward.

57.    The manner in which Defendants initiated and continued their high-speed pursuit of James Shirley, solely incidental to the fleeing of James Shirley vehicle, through crowded city streets in both residential and commercial areas of Indianapolis at approximately 5:50 p.m. shocks the conscience, is evidence of an utter disregard for public safety, and demonstrates there was a purposeful effort to cause harm to James Shirley.

58.    The manner in which Defendants made the decision to initiate their high-speed pursuit of an unknown individual, and the manner in which they made the decision to continue the high-speed pursuit through crowded city streets in residential and commercial areas of Indianapolis, demonstrates an express policy or widespread practice of Defendants to initiate and/or continue high-speed pursuits in nonemergency situations and shows bad faith and an intent to harm the public in general and specifically the Plaintiffs.

59.     Edward Louis Flynn was killed as a direct and proximate result of Defendants' egregious conduct in conducting the high-speed pursuit of James Shirley as aforesaid and, as a result, was deprived of his rights, privileges, and immunities secured to him under the Fourteenth Amendment to the Constitution of the Unites States of America as well as applicable federal law.

60.     The Defendants had a duty and obligation to both initiate and continue their high-speed pursuit of James Shirley, as aforesaid, so as not to deprive the public generally and specifically Edward Louis Flynn of the rights, privileges, and immunities secured to him under the Constitution of the United States of America and pursuant to Federal law.

61.     As a direct and proximate cause of Defendants' unconstitutional acts and unlawful conduct as aforesaid, the Estate of Edward Louis Flynn sustained great pecuniary loss in the form of burial expense, funeral expense, medical and hospital expenses, future support, love, care, and affection, the costs of administering the estate, and other damages.

## Count I
## (Civil Rights Violation under § 1983)

62.     Plaintiff, Gayl Ann Flynn, Individually and as Special Administrator of the Estate of Edward Louis Flynn, hereby incorporates by reference, re-states and re-alleges the allegations contained in the prior paragraphs as though fully set out herein.

63.     Plaintiff claims damages from the Defendants for the violations of her and Edward Louis Flynns' constitutional rights under 42 U.S.C. § 1983 and Edward's death, as set out in this Complaint.

**Wherefore** Plaintiff prays for awards against all Defendants of compensatory and punitive damages, administrative costs and expenses, attorneys fees and costs, and all other damages recoverable against the Defendants under 42 U.S.C. § 1983, and all other just and proper relief in the premises.

## Count II
## (Negligence)

64.     Plaintiff, Gayl Ann Flynn, Individually and as Special Administrator of the Estate of Edward Louis Flynn, hereby incorporates by reference, re-states and re-alleges the allegations contained in the prior paragraphs as though fully set out herein.

65.     Defendants owed the duty to operate emergency vehicles with due care and with due regard for the safety of all persons, and to protect the public among other things.

66.     Defendants breached their duties owed.

67.     As a direct and proximate result, Edward Louis Flynn was killed, and Plaintiff and Edward Louis Flynn suffered damages, including but not limited to, personal injuries, loss of support, love, and affection, incurred medical and hospital expenses, and endured physical pain, emotional suffering, and loss of enjoyment of life.

68.    The City is liable under the theory of *respondeat superior* and was independently negligent.

**Wherefore** Plaintiff prays the Court to enter judgment in her and the Estates favor on Count II against all Defendants, award damages to which they are entitled, and grant all further just and appropriate relief in the premises

## Count III
## (Negligence – Wrongful Death)

69.    Plaintiff, Gayl Ann Flynn, Individually and as Special Administrator of the Estate of Edward Louis Flynn, hereby incorporates by reference, re-states and re-alleges the allegations contained in the prior paragraphs as though fully set out herein.

70.    As a direct result of Defendants' negligence, Edward was killed.

71.    By reason of the death of Edward, which resulted from Defendants' negligence, Plaintiff and Edward Louis Flynn suffered damages including, but not limited to, loss of support, services, love and affection, medical, hospital, funeral and burial expenses, and costs and expenses of administration of his estate, including attorney fees.

72.    By reason of the death of Edward Louis Flynn, Plaintiff has suffered damages, including but not limited to, the loss of consortium, loss of services, support, love and companionship of her husband.

73.    The Estate of Edward Louis Flynn is entitled to recover attorney fees and expenses associated with the administration of the Estate and costs of this action.

74.     The City is liable under the theory of *respondeat superior* and was independently negligent.

**Wherefore** Plaintiff prays the Court to enter judgment in her and the Estates favor on Count III against Defendants for the wrongful death of Edward Louis Flynn, and for an amount sufficient to compensate for all damages, and grant all further just and appropriate relief in the premises.

## Count IV
## (Negligence *Per Se*)

75.     Plaintiff, Gayl Ann Flynn, Individually and as Special Administrator of the Estate of Edward Louis Flynn, hereby incorporates by reference, re-states and re-alleges the allegations contained in the prior paragraphs as though fully set out herein.

76.     Defendants' actions and inactions set forth herein constitute negligence *per se* from violations of Indiana Code § 9-21-1-8 among other things.

77.     The injuries and damages complained of herein are direct and proximate result of the negligence, carelessness, gross negligence, reckless indifference, and outrageous conduct of Defendants.

78.     The negligence, carelessness, gross negligence, reckless indifference, and outrageous conduct of Defendants set forth herein increased the risk that Edward would be killed.

79.     As a direct and proximate result, Edward Louis Flynn was killed, and Plaintiff and Edward Louis Flynn suffered damages, including but not limited to, personal injuries, loss of support, love and affection, incurred medical and hospital

expenses, and endured physical pain, emotional suffering, and loss of enjoyment of life.

80.     The City is liable under the theory of *respondeat superior* and was independently negligent.

**Wherefore** Plaintiff prays the Court to enter judgment in her and the Estates favor on Count II, award all damages to which they are entitled, and grant all further just and appropriate relief in the premises.

## Count V
### (Negligence *Per Se* – Wrongful Death)

81.     Plaintiff, Gayl Ann Flynn, Individually and as Special Administrator of the Estate of Edward Louis Flynn, hereby incorporates by reference, re-states and re-alleges the allegations contained in the prior paragraphs as though fully set out herein.

82.     Defendants' actions and inactions set forth herein constitute negligence *per se* from violations of Indiana Code § 9-21-1-8 among other things.

83.     The injuries and damages complained of herein are direct and proximate result of the negligence, carelessness, gross negligence, reckless indifference, and outrageous conduct of Defendants.

84.     The negligence, carelessness, gross negligence, reckless indifference, and outrageous conduct of Defendants set forth herein increased the risk that Edward would be killed.

85.     By reason of the death of Edward, which resulted from Defendants' negligence, Plaintiff and Edward Louis Flynn suffered damages including, but not

limited to, loss of support, services, love and affection, medical, hospital, funeral and burial expenses, and costs and expenses of administration of his estate, including attorney fees.

86.     By reason of the death of Edward Louis Flynn, Plaintiff has suffered damages, including but not limited to, the loss of consortium, loss of services, support, love and companionship of her husband.

87.     The Estate of Edward Louis Flynn is entitled to recover attorney fees and expenses associated with the administration of the Estate and costs of this action.

88.     The City is liable under the theory of *respondeat superior* and was independently negligent.

**Wherefore** Plaintiff prays the Court to enter judgment in her and the Estates favor on Count V against Defendants for the wrongful death of Edward Louis Flynn, and for an amount sufficient to compensate for all damages and grant all further just and appropriate relief in the premises.

Respectfully Submitted,

WALDRON TATE BOWEN
FUNK SPANDAU LLC

*/s/ Brandon E. Tate*
Brandon E. Tate (Atty. No. 31531-49)
156 East Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

Heather L. George Myers (Atty. No. 28245-49)
Attorney at Law
P.O. Box 507
Greenwood, IN 46142
317.287.4965
hgeorgemyers@gmail.com

*Counsels for Plaintiff*

## Jury Demand

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff, by counsel, respectfully demands a trial by jury on all accounts deemed so triable.

Respectfully submitted,

WALDRON TATE BOWEN
FUNK SPANDAU LLC

*/s/ Brandon E. Tate*
Brandon E. Tate (Atty. No. 31531-49)
156 East Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

Heather L. George Myers (Atty. No. 28245-49)
Attorney at Law
P.O. Box 507
Greenwood, IN 46142
317.287.4965
hgeorgemyers@gmail.com

*Counsels for Plaintiff*

Case 1:21-cv-02279-JPH-MJD   Document 1-2   Filed 07/19/21   Page 24 of 54 PageID #: 29

49D06-2107-CT-024097

Filed: 7/19/2021 9:19 PM
Clerk
Marion County, Indiana

Marion Superior Court 6

STATE OF INDIANA

COUNTY OF MARION

SS:

MARION COUNTY SUPERIOR COURT

CAUSE NO.

Gayl Ann Flynn, *individually and as Special Representative of the Estate of* Edward Louis Flynn,

Plaintiffs,

v.

Consolidated City of Indianapolis and Marion County, Daniel Butler, Omari Stringer, Dustin Pervine, and Cody St. John,

Defendants.

## E-Filing Appearance by Attorney in Civil Case

This Appearance Form must be filed on behalf of every party in a civil case.

1. The party on whose behalf this form is being filed is:
   Initiating __X__          Responding ___          Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party(ies): **Gayl Ann Flynn, individually and as special representatives of the estate of Edward Louis Flynn**

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Brandon E. Tate          Atty Number:  31531-49
   Law Firm: WALDRON TATE BOWEN FUNK SPANDAU LLC
   Address: 156 E. Market Street, 5th Floor, Indianapolis, Indiana 46204
   Phone: (317) 296-5294
   FAX: (317) 423-0772
   Email Address: brandon@wtbfs-law.com

3. Important: Each attorney specified on this appearance:
   a. Certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date

of this Appearance;

b. **Acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

c. Understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R.2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

4. This is a _____CT_____ case type as defined in administrative Rule 8(B)(3).

5. I will accept service from other parties by:

FAX at the above noted number: Yes _____ No _X__

6. This case involves child support issues. Yes _____ No _X__

7. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No _X___

8. This case involves a petition for involuntary commitment. Yes _____ No __X__

8. There are related cases: Yes _____ No __X__

9. Additional information required by local rule:

10. There are other party members: Yes _____ No__X__

11. This form has been served on all other parties and Certificate of Service is attached:

Yes_X__ No___

Respectfully submitted,

WALDRON TATE BOWEN
FUNK SPANDAU LLC

*/s/Brandon E. Tate*
Brandon E. Tate, Attorney No. 31531-49
156 E. Market St., 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing has been served on the

following by certified mail on July 20, 2021:

**Consolidated City of Indianapolis and Marion County**
200 E. Washington St.
Suite 2501
Indianapolis, IN 46204

**Ofc. Daniel Butler**
50 N Alabama St
Indianapolis, IN 46204

**Omari Stringer**
50 N Alabama St
Indianapolis, IN 46204

**Dustin Pervine**
50 N Alabama St
Indianapolis, IN 46204

**Cody St. John**
50 N Alabama St
Indianapolis, IN 46204


*/s/ Brandon E. Tate*
Brandon E. Tate, Attorney No. 31531-49

STATE OF INDIANA      MARION COUNTY SUPERIOR COURT

                   SS:

COUNTY OF MARION      CAUSE NO.

**Gayl Ann Flynn,** *individually and as Special Representative of the Estate of* **Edward Louis Flynn,**

         Plaintiffs,

     v.

**Consolidated City of Indianapolis and Marion County, Daniel Butler, Omari Stringer, Dustin Pervine,** and **Cody St. John,**

         Defendants.

# S U M M O N S

**To the Defendant(s) named above:**      **Consolidated City of Indianapolis and Marion County**
200 E Washington St., Suite 2501
Indianapolis, IN 46204

You are hereby notified that you have been sued by the persons named "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

An answer or other appropriate response in writing to the Complaint must be filed either by your or your attorney within twenty (20) days commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

The following documents are also served with this Summons:

*Complaint* and *Appearance*

Dated:___7/21/2021___                    _____Myla A. Eldridge_____

                                                  Clerk, Marion County Superior Court

The following manner of service of summons is hereby designated:

**Certified Mail on Individual at above address**

PREPARED BY:



/s/ Brandon E. Tate
Brandon E. Tate
WALDRON TATE BOWEN
FUNK SPANDAU LLC
156 E Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

STATE OF INDIANA | | MARION COUNTY SUPERIOR COURT
--- | --- | ---
| SS: |
COUNTY OF MARION | | CAUSE NO.

**Gayl Ann Flynn,** *individually and as*
*Special Representative of the Estate of*
**Edward Louis Flynn,**

        Plaintiffs,

    v.

**Consolidated City of Indianapolis**
**and Marion County, Daniel Butler,**
**Omari Stringer, Dustin Pervine,**
and **Cody St. John,**

        Defendants.

# S U M M O N S

**To the Defendant(s) named above:**   **Ofc. Daniel Butler**
                                          **50 N Alabama St**
                                          **Indianapolis, IN 46204**

      You are hereby notified that you have been sued by the persons named "Plaintiffs" in the Court stated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

      An answer or other appropriate response in writing to the Complaint must be filed either by your or your attorney within twenty (20) days commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

      If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

      The following documents are also served with this Summons:

          *Complaint* and *Appearance*

Dated: ___7/21/2021___          *Myla A. Eldridge*
                                _____
                                Clerk, Marion County Superior Court

The following manner of service of summons is hereby designated:

**Certified Mail on Individual at above address**

PREPARED BY:

/s/ Brandon E. Tate
_____
Brandon E. Tate
WALDRON TATE BOWEN
FUNK SPANDAU LLC
156 E Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com



Case 1:21-cv-02279-JPH-MJD   Document 1-2   Filed 08/19/21   Page 32 of 54 PageID #: 37

**49D06-2107-CT-024397**
Marion Superior Court 6

Filed: 7/20/2021 9:19 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      MARION COUNTY SUPERIOR COURT

SS:

COUNTY OF MARION      CAUSE NO.

**Gayl Ann Flynn,** *individually and as*
*Special Representative of the Estate of*
**Edward Louis Flynn,**

         Plaintiffs,

     v.

**Consolidated City of Indianapolis**
**and Marion County, Daniel Butler,**
**Omari Stringer, Dustin Pervine,**
and **Cody St. John,**

         Defendants.

**S U M M O N S**

**To the Defendant(s) named above:**      **Ofc. Omari Stringer**
**50 N Alabama St**
**Indianapolis, IN 46204**

You are hereby notified that you have been sued by the persons named "Plaintiffs" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

An answer or other appropriate response in writing to the Complaint must be filed either by your or your attorney within twenty (20) days commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

The following documents are also served with this Summons:

     *Complaint* and *Appearance*

Dated: _7/21/2021_

_Myla A Eldridge_
_____
Clerk, Marion County Superior Court

The following manner of service of summons is hereby designated:

**Certified Mail on Individual at above address**

PREPARED BY:



/s/ Brandon E. Tate
_____
Brandon E. Tate
WALDRON TATE BOWEN
FUNK SPANDAU LLC
156 E Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

Case 1:21-cv-02279-JPH-MJD   Document 1-7   Filed 07/19/21   Page 34 of 54 PageID #: 39

49D06-2107-CT-024397
Marion Superior Court 6

Filed: 7/20/2021 9:19 PM
Clerk
Marion County, Indiana

| STATE OF INDIANA | | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | SS: | |
| COUNTY OF MARION | | CAUSE NO. |

**Gayl Ann Flynn,** *individually and as*
*Special Representative of the Estate of*
**Edward Louis Flynn,**

         Plaintiffs,

    v.

**Consolidated City of Indianapolis**
**and Marion County, Daniel Butler,**
**Omari Stringer, Dustin Pervine,**
and **Cody St. John,**

        Defendants.

# S U M M O N S

**To the Defendant(s) named above:**

**Ofc. Dustin Pervine**
50 N Alabama St
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the persons named "Plaintiffs" in the Court stated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

    An answer or other appropriate response in writing to the Complaint must be filed either by your or your attorney within twenty (20) days commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

    If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

    The following documents are also served with this Summons:

        *Complaint* and *Appearance*

Dated: 7/21/2021

Myla A. Eldridge

Clerk, Marion County Superior Court

The following manner of service of summons is hereby designated:

**Certified Mail on Individual at above address**

PREPARED BY:



/s/ Brandon E. Tate
Brandon E. Tate
WALDRON TATE BOWEN
FUNK SPANDAU LLC
156 E Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

Case 1:21-cv-02279-JPH-MJD   Document 1-2   Filed 07/19/21   Page 36 of 54 PageID #: 41

49D06-2107-CT-024097
Marion Superior Court 6

Filed: 7/20/2021 9:19 PM
Clerk
Marion County, Indiana

STATE OF INDIANA

COUNTY OF MARION

SS:

MARION COUNTY SUPERIOR COURT

CAUSE NO.

**Gayl Ann Flynn,** *individually and as Special Representative of the Estate of* **Edward Louis Flynn,**

      Plaintiffs,

      v.

**Consolidated City of Indianapolis and Marion County, Daniel Butler, Omari Stringer, Dustin Pervine,** and **Cody St. John,**

      Defendants.

**S U M M O N S**

**To the Defendant(s) named above:**

Ofc. Cody St. John
50 N Alabama St
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the persons named "Plaintiffs" in the Court stated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiffs.

    An answer or other appropriate response in writing to the Complaint must be filed either by your or your attorney within twenty (20) days commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

    If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

    The following documents are also served with this Summons:

        *Complaint* and *Appearance*

Dated: 7/21/2021

*Myla A. Eldridge*

Clerk, Marion County Superior Court

The following manner of service of summons is hereby designated:

**Certified Mail on Individual at above address**

PREPARED BY:



/s/ Brandon E. Tate
Brandon E. Tate
WALDRON TATE BOWEN
FUNK SPANDAU LLC
156 E Market Street, 5th Floor
Indianapolis, IN 46204
317.296.5294
F: 317.423.0772
brandon@wtbfs-law.com

| STATE OF INDIANA | | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | SS: | |
| COUNTY OF MARION | | CAUSE NO. 49D06-2107-CT-024397 |

**Gayl Ann Flynn,** *individually and as Special Representative of the Estate of* **Edward Louis Flynn,**

Plaintiffs,

v.

**Consolidated City of Indianapolis and Marion County, Daniel Butler, Omari Stringer, Dustin Pervine,** and **Cody St. John**

Defendants.

## Certificate of Issuance of Summons

I, Brandon E. Tate, Attorney for the Plaintiff(s), do hereby certify that on the 21st day of July, 2021, I sent, by certified mail USPS return receipt requested, a filed stamped copy of the Summons and copy of the Complaint for this case to each of the following defendants:

Party Served: **Consolidated City of Indianapolis and Marion County**

Method of Service: Certified Mail USPS

Address of Party: 200 E. Washington Street, Suite 2501

Indianapolis, Indiana 46204

Tracking/Identification Number: 7019 1640 0000 0855 9254

Party Served: **Ofc. Daniel Butler**

Method of Service: Certified Mail USPS

Address of Party: 50 North Alabama Street

Indianapolis, Indiana 46204

Tracking/Identification Number: 7019 1640 0000 0855 9230

**Party Served:**        **Ofc. Omari Stringer**

Method of Service:  Certified Mail USPS

Address of Party:        50 North Alabama Street

                            Indianapolis, Indiana 46204

Tracking/Identification Number: 7019 1640 0000 0855 9247


**Party Served:**        **Ofc. Dustin Pervine**

Method of Service:  Certified Mail USPS

Address of Party:        50 North Alabama Street

                            Indianapolis, Indiana 46204

Tracking/Identification Number: 7019 1640 0000 0855 9261


**Party Served:**        **Ofc. Cody St. John**

Method of Service:  Certified Mail USPS

Address of Party:        50 North Alabama Street

                            Indianapolis, Indiana 46204

Tracking/Identification Number: 7019 1640 0000 0855 9223


Respectfully submitted,


/s/ *Brandon E. Tate*
Brandon E. Tate

**Waldron Tate Bowen**
**Funk Spandau LLC**
156 E Market St, 5th Floor
Indianapolis, IN 46204
P: 317-296-5294
F: 317-423-0772
brandon@wtbfs-law.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ofc. Cody St. John
50 N Alabama Street
Indianapolis, Indiana 46204

9590 9402 5475 9249 6153 99

7054 1640 0000 0655 9223

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _US Covid 19_

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

7/23/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 5475 9249 6153 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
200 E. Washington Street, #W-122
Indianapolis, Indiana 46204
**Cause No: 49D06-2107-CT-024397**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Ofc. Daniel Butler
50 N Alabama Street
Indianapolis, Indiana 46204

9590 9402 5475 9249 6154 05

Article Number *(Transfer from service label)*

7014 1640 0000 0855 9230

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LS Covid 19_   ☐ Agent
                    ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
7/23/2

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING#

9590 9402 5475 9249 6154 05

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
200 E. Washington Street, #W-122
Indianapolis, Indiana 46204
**Cause No: 49D06-2107-CT-024397**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Ofc. Dustin Pervine
50 N Alabama Street
Indianapolis, Indiana 46204

9590 9402 5475 9249 6154 29

7019 1640 0000 0855 9261

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _LS Obvid19_ ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
7/23/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



United States
Postal Service

USPS TRACKING #

9590 9402 5475 9249 6154 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
200 E. Washington Street, #W-122
Indianapolis, Indiana 46204
**Cause No: 49D06-2107-CT-024397**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Consolidated City of Indianapolis
and Marion County
200 E. Washington St., Suite 2501
Indianapolis, Indiana 46204

9590 9402 5475 9249 6154 36

2. Article Number *(Transfer from service label)*

7019 1640 0000 0455 9254

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

1/03/2

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature                          ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery      ☐ Registered Mail™
☐ Certified Mail®                          ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery       ☐ Return Receipt for Merchandise
☐ Collect on Delivery                      ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  ($500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 5475 9249 6154 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
200 E. Washington Street, #W-122
Indianapolis, Indiana 46204
**Cause No: 49D06-2107-CT-024397**

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Ofc. Omari Stringer
50 N Alabama Street
Indianapolis, Indiana 46204

9590 9402 5475 9249 6154 12

Article Number *(Transfer from service label)*

7019 1640 0000 0855 9247

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *LS Cov'd 19* ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
                                     7/23/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 5475 9249 6154 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Marion County Clerk
200 E. Washington Street, #W-122
Indianapolis, Indiana 46204
**Cause No: 49D06-2107-CT-024397**

Filed: 8/5/2021 11:01 AM
Clerk
Marion County, Indiana

STATE OF INDIANA        )
                        ) SS:
COUNTY OF MARION        )

IN THE MARION SUPERIOR COURT

CAUSE NO.    49D06-2107-CT-024397

GAYL ANN FLYNN, individually and as Special )
Representative of the ESTATE OF EDWARD      )
LOUIS FLYNN                                 )
                                            )
                        Plaintiff,          )
                                            )
            v.                              )
                                            )
CONSOLIDATED CITY OF INDIANAPOLIS and       )
MARION COUNTY, DANIEL BUTLER,               )
OMARI STRINGER, DUSTIN PERVINE  and         )
CODY ST. JOHN                               )
                                            )
                        Defendants.         )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1.      The party on whose behalf this form is being filed is: **Responding**

        The undersigned attorneys listed on this form now appear in this case for the following parties:

CONSOLIDATED CITY OF INDIANAPOLIS and MARION COUNTY, DANIEL BUTLER,
        OMARI STRINGER, DUSTIN PERVINE and CODY ST. JOHN

2.      Attorney information for service as required by Trial Rule 5(B)(2):

        Name:       Tara L. Gerber (31717-49)
        Address:    200 East Washington Street, Suite 1601
                    Indianapolis, IN 46204
        Phone:      317.327.4055
        Fax:        317.327.3968
        Email:      tara.gerber@indy.gov


        Name:       Andrew J. Upchurch (30174-49)
        Address:    200 East Washington Street, Suite 1601
                    Indianapolis, IN 46204
        Phone:      317.327.4055
        Fax:        317.327.3968

Email:     andrew.upchurch@indy.gov

3.     This is a "CT" case type as defined in Administrative Rule 8(B)(3).

4.     I will not accept service from other parties by FAX or E-mail.

5.     This case does not involve child support issues.

6.     This case does not involve a protection from abuse order, a workplace violence restraining order, or a no-contact order.

7.     This case does not involve a petition for involuntary commitment.

8.     There are no individuals subject to a petition for involuntary commitment.

9.     The appearing attorneys are not aware of related cases.

10.    There is no additional information required by local rule.

11.    The appearing attorneys are not aware of other party members.

12.    This form has been served on all other parties and Certificate of Service is attached.


Respectfully Submitted,

*/s/ Tara L. Gerber*
Tara L. Gerber (31717-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: tara.gerber@indy.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on this Thursday, August 5, 2021

through the Indiana E-Filing System, and the following Registered User was served via E-

Service through the Indiana E-Filing System on the same day:

Brandon E. Tate
156 East Market Street, 5th Floor
Indianapolis, IN  46204
brandon@wtbfslaw.com

Heather L George Myers
P.O. Box 507
Greenwood, IN  46142
hgeorgemyers@gmail.com

/s/ Tara L. Gerber
Tara L. Gerber (31717-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968

Filed: 8/5/2021 11:01 AM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.   49D06-2107-CT-024397 |

GAYL ANN FLYNN, individually and as Special )
Representative of the ESTATE OF EDWARD )
LOUIS FLYNN )
                       )
              Plaintiff, )
                       )
           v. )
                       )
CONSOLIDATED CITY OF INDIANAPOLIS and )
MARION COUNTY, DANIEL BUTLER, )
OMARI STRINGER, DUSTIN PERVINE  and )
CODY ST. JOHN )
                       )
             Defendants. )

## NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

       Defendants, Consolidated City of Indianapolis and Marion County, Daniel Butler, Omari

Stringer, Dustin Pervine and Cody St. John, by counsel, hereby give notice pursuant to LR 49-

TR5-203, respectfully request an Enlargement of Time in which to respond to Plaintiff's

Complaint.  Defendants received service of Plaintiff's Complaint on July 27, 2021.  A response is

due on August 19, 2021.  Defendants request an additional thirty (30) days, up to and including

September 20, 2021.  This is Defendant's first enlargement of time.


                                 Respectfully Submitted,

                                 */s/ Tara L. Gerber*
                                 Tara L. Gerber (31717-49)
                                 Assistant Corporation Counsel
                                 OFFICE OF CORPORATION COUNSEL
                                 200 East Washington Street, Suite 1601
                                 Indianapolis, Indiana 46204

Telephone: (317) 327-4055
Email: tara.gerber@indy.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on this Thursday, August 5, 2021

through the Indiana E-Filing System, and the following Registered User was served via E-

Service through the Indiana E-Filing System on the same day:

Brandon E. Tate
156 East Market Street, 5th Floor
Indianapolis, IN  46204
brandon@wtbfslaw.com

Heather L George Myers
P.O. Box 507
Greenwood, IN  46142
hgeorgemyers@gmail.com

/s/ Tara L. Gerber
Tara L. Gerber (31717-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL